# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |
|---|---|---|

| | |
|---|---|
| LUCY LOPEZ, | **ORDER ON APPLICATION** |
| Plaintiff | **TO PROCEED WITHOUT** |
| V. | **PREPAYMENT OF FEES** |
| JO ANNE B. BARNHART, Commissioner of Social Security, Defendant | CASE NUMBER: 1:05-at-1220 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

IT IS SO ORDERED.

**Dated:   September 30, 2005**           /s/ Lawrence J. O'Neill
66h44d                                                                UNITED STATES MAGISTRATE JUDGE