1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10 LUCY LOPEZ                )
                             )   1:05-CV-01263 OWW SMS
11                           )
          Plaintiff,         )   STIPULATION AND ORDER TO DISMISS
12                           )
   vs.                       )
13                           )
   JO ANNE B. BARNHART,      )
14 Commissioner of Social    )
   Security,                 )
15                           )
          Defendant.         )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19 Action filed on September 30, 2005, on behalf of Plaintiff be dismissed.  After thorough

20 review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

21 continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

22 dismissal.

23      Dated: October 17, 2006        /s/ Gina Fazio

24                                     GINA FAZIO, ESQ.
                                       Attorney for Plaintiff
25

26

27

28

1 | Dated: October 23, 2006

MCGREGOR SCOTT
United States Attorney

By: /s/ Kristi C. Kapetan
(as authorized via facsimile)
KRISTI C. KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:     October 23, 2006**          /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE